IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN GARDNER BLACK,<br>DEVON CAPITAL MANAGEMENT, INC, and,<br>FINANCIAL MANAGEMENT SCIENCES, INC.<br><br>Defendants. | Civil Action No.<br>97-CV-2257<br>(Electronically Filed) |

**ORDER MAKING JUDGMENT FINAL AGAINST DEFENDANTS DEVON CAPITAL MANAGEMENT, INC. AND FINANCIAL MANAGEMENT SCIENCES, INC.**

AND NOW, this 31st day of Oct., 2006, upon consideration of the Motion of the Securities and Exchange Commission to enter final judgment against Defendants Devon Capital Management, Inc. and Financial Management Sciences, Inc., it is HEREBY ORDERED that said motion is GRANTED;

On December 12, 1997, upon the consent of defendants, an Order of Permanent Injunction was entered by this Court against Devon Capital Management, Inc. and Financial Management Sciences, Inc., expressly reserving the issues of disgorgement and civil penalties;

By the instant motion, the Securities and Exchange Commission has sought to withdraw its request for disgorgement and civil penalties against Devon Capital Management, Inc. and

1

Financial Management Sciences, Inc.;

Now, therefore, it is hereby ORDERED that the Securities and Exchange Commission's request for disgorgement and civil penalties against Devon Capital Management, Inc. and Financial Management Sciences, Inc. is deemed WITHDRAWN;

It is FURTHER ORDERED that this Court's Order of Permanent Injunction of December 12, 1997 is deemed to be the Final Judgment and Order against Defendants Devon Capital Management, Inc. and Financial Management Sciences, Inc.; and

This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of the Final Judgment and Order.

*[signature]*
Donetta W. Ambrose
United States District Judge